In re Berryhill's Estate et al.

Opinion delivered Sept. 26, 1907.

(104 S. W. Rep. 850).

Appeal from the United States Court for the Western District of the Indian Territory; before Justice Louis Sulzbacher, June 14, 1906.

In the matter of the estate of Jackson Glenn Berryhill and another, minors. From a judgment confirming a lease to the Galbreath Oil & Gas Company and directing the guardian, Theodore Berryhill, to execute such lease, the Laura Oil & Gas Company appeals. Affirmed.

*William T. Hutchings, George A. Murphy* and *William P. L. German,* for appellant.

*Preston C. West, Soper, Huckleberry & Owen,* and *R. B. Thompson,* for appellee.

LAWRENCE, J. This is a companion case to that of No. 820, In re Estate of Joseph F. Berryhill, an Infant, by William Berryhill, Guardian, and Galbreath Oil & Gas Co., Appellees, 104 S. W. 847; the appellant here being the same appellant there. The two cases are based upon essentially the same facts, except in this case it appears that there is an affidavit of the appellant's agent and attorney denying that it did make any sealed bid on the lease in question, as reported by the master in chancery. This does not affect the merits of the case as we view it, for the reason that the material question is: Did the court at any time, or in any manner, approve or confirm the leasing of the guardian to this appellant? The record fails to show any such action upon the part of the court, or any report of the master even recommending it. Aside from what is above stated, the material facts of the case are identical, and therefore

it must follow that the opinion given in No. 820 will in all respects be the opinion in this.

The judgment of the court is affirmed.

GILL, C. J., and CLAYTON and TOWNSEND, JJ., concur.